FILED
JUL -5 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SK

Wesley S. Randolph III

          Plaintiff,

vs.

Robert Half Technology
Employment Agency

          Defendant.

CASE NO. C16-3760

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Wesley S. Randolph III__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __Not Applicable__    Net: __Not Applicable__

Employer: __Not Applicable__

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)        - 1 -

1 and wages per month which you received.
2 __**Not Applicable**_____
3 _____
4 _____

5 2. Have you received, within the past twelve (12) months, any money from any of the
6 following sources:

7 a. Business, Profession or          Yes ___ No **X**
8    self employment?

9 b. Income from stocks, bonds,       Yes ___ No **X**
10    or royalties?

11 c. Rent payments?                  Yes ___ No **X**

12 d. Pensions, annuities, or         Yes **X** No ___
13    life insurance payments?

14 e. Federal or State welfare payments,  Yes **X** No ___
15    Social Security or other govern-
16    ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.

19 __**d. $2703.11 a month from CALPERS**_____
20 __**e. $633 a month from SSI retirement**_____

21 3. Are you married?                 Yes **X** No ___

22 Spouse's Full Name: __**Ardella Farmer-Randolph**_____

23 Spouse's Place of Employment: __**Wells Fargo Bank, Pleasant Hill, CA**__

24 Spouse's Monthly Salary, Wages or Income:
25 Gross $__**3600**_____ Net $__**4500**_____

26 4. a. List amount you contribute to your spouse's support:$ __**1700**_____
27    b. List the persons other than your spouse who are dependent upon you for support
28       and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)          - 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

WSRIV age 32 (100 % - my son was born Deaf and with Cerebral Palsy and is disable for life)

_____

_____

5. Do you own or are you buying a home?  Yes **X** No ____

Estimated Market Value: $ **455000** Amount of Mortgage: $ **2700**

6. Do you own an automobile?  Yes **X** No ____

Make **Mercedes-Benz** Year **2006** Model **C230 Sports**

Is it financed? Yes **X** No ____ If so, Total due: $ **3100**

Monthly Payment: $ **400**

7. Do you have a bank account? Yes **X** No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: **Golden 1 Credit Union**

**1495 Clay Street, Oakland, CA 94612**

Present balance(s): $ **1.00**

Do you own any cash? Yes ____ No **X** Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No **X**

_____

8. What are your monthly expenses?

Rent: $ **2700** Utilities: **300**

Food: $ **200** Clothing: **$20**

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Capital One | $ 30 | $ 200 |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

**Student loan payments to ACS & NAVIENT**

Form-Intake 3 (Rev. 4/05)                - 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No  X
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  **Not Applicable**
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  July 5, 2016                    Wesley S. Randolph III
12      DATE                            SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Form-Intake 3 (Rev. 4/13)                - 4 -