UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY S. RANDOLPH,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HALF TECHNOLOGY EMPLOYMENT AGENCY,<br><br>    Defendant. | Case No. 16-cv-03760-SK<br><br>**AMENDED ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

Before the Court is an application to proceed *in forma pauperis*. In light of Plaintiff's income, Plaintiff's application to proceed *in forma pauperis* is **DENIED**. Plaintiff must pay the $400.00 filing fee no later than July 20, 2016. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. Plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, and attachments pursuant to Federal Rule of Civil Procedure 4. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: July 18, 2016

_____

SALLIE KIM
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY S. RANDOLPH,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HALF TECHNOLOGY EMPLOYMENT AGENCY,<br><br>    Defendant. | Case No. 16-cv-03760-SK<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on July 18, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wesley S. Randolph
P.O. Box 27545
Oakland, CA 94602-1502


Dated: July 18, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Melinda K. Lozenski, Deputy Clerk to the
    Honorable SALLIE KIM